# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED BEN-ALI LAHMAR,<br><br>　　　　Plaintiff<br><br>v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES,<br><br>　　　　Defendant | Case No.: 2:18-cv-00651-APG-PAL<br><br>**Order Sealing Motion and Setting Briefing Schedule on Emergency Motion for Bond Hearing**<br><br>[ECF No. 11 |

　　　　The plaintiff filed an Emergency Motion for Bond Hearing (ECF No. 11) that includes exhibits containing confidential medical information and information about a minor. ECF No. 11. **The Clerk of Court is directed to seal that motion**.

　　　　IT IS FURTHER ORDERED that the Government shall file a response to the emergency motion by September 4, 2018.

　　　　DATED this 27th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE